STEPHEN MACK AND SHUBAEL CONANT, TRADING
UNDER THE FIRM OF MACK & CONANT,
*versus* AUSTIN E. WING

JOURNAL ENTRIES (1818–22): *Journal 2:* (1) Motion to quash replevin
overruled *p. 603; (2) rule to plead, continued *p. 676. *Journal 3:* (3)
Diminution suggested, certiorari ordered *p. 12; (4) documents ordered
delivered *p. 12; (5) settled out of court *p. 209; (6) entry 5 stricken,
continued *p. 249; (7) discontinued *p. 328.
PAPERS IN FILE: (1) Writ of habeas corpus; (2) draft of writ of certiorari;
(3) writ of certiorari; (4) transcript of county court record; (5) precipe
for subpoena; (6) stipulation that entry re settlement be stricken.
*Office Docket,* MS p. 121, c. 25. Recorded in *Book A,* MS pp. 342–52.